# United States Court of Appeals
# for the Federal Circuit

---

April 12, 2016

**ERRATUM**

---

Appeal No. 2014-1856

---

**ROMAG FASTENERS, INC.,**
*Plaintiff-Appellant*

**v.**

**FOSSIL, INC., FOSSIL STORES I, INC., MACY'S,
INC., MACY'S RETAIL HOLDINGS, INC., BELK,
INC., THE BON-TON STORES, INC., THE BON-TON
DEPARTMENT STORES, INC., DILLARD'S, INC.,
NORDSTROM, INC., ZAPPOS.COM, INC., ZAPPOS
RETAIL, INC.,**
*Defendants-Cross-Appellants*

Decided:  March 31, 2016
Precedential Opinion

---

Please make the following change:

On page 11, footnote 5, line 2 of the opinion, delete the word "willful" so that the sentence reads:

The 1999 amendment substituted the phrase "a violation under [section 1125(a)] of this title, or a willful violation under [section 1125(c)] of this title," for "a violation under [section 1125(a)] of this title."